UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**In re: JOSE SOUZA a/k/a JOSE DE SOUZA,**

**CIVIL ACTION NO. <u>15-13965 GAO</u>**

**<u>ORDER OF DISMISSAL</u>**

O' Toole, D.J.

    In accordance with the Opinion and Order [17] dated May 5, 2016, the Court concludes that the Order of the Bankruptcy Court is AFFIRMED.

    The Order is AFFIRMED and Souza's Appeal is DENIED.

May 5, 2016

                                                                  /s/ Taylor Halley
                                                                  Deputy Clerk